Clark J. Burnham, State Bar No. 041792
Andrew R. Shalauta, State Bar No. 186821
Michelle Meyers, State Bar No. 236387
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

cburnham@burnhambrown.com
ashalauta@burnhambrown.com
mmeyers@burnhambrown.com

1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:     (510) 835-6666

Attorneys for Plaintiff
LINCOLN GENERAL INSURANCE COMPANY

Paul S. White, III, J.D., M.B.A
LAW OFFICES OF FLETCHER, WHITE & ADAIR
28925 Pacific Coast Highway, Second Floor
Malibu, CA 90265

pwhite@fwalaw.com
Telephone: (310) 457-4100
Facsimile: (310) 457-0686

Attorneys for Defendant
ABC SUPPLY COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY, A Pennsylvania corporation,<br><br>          Plaintiff,<br><br>v.<br><br>ABC SUPPLY COMPANY, INC., a corporation; ALFRED SCHIMMEL, individually and doing business as ALLIED CONTRACTORS; ANTONIO SANTAMARIA, an individual; and DOES 1-10,<br><br>          Defendants. | No. C 05-4856 SBA<br><br>**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE AGAINST ABC SUPPLY COMPANY, INC. [FRCP Rule 41(a)(1); Local Rule 7-12]**<br><br>Complaint Filed:  November 28, 2005<br>Trial Date:  None Set |

1

1  Pursuant to Federal Rules of Civil Procedure 41(a)(1) and Northern District of

2  California Local Rule 7-12, Plaintiff LINCOLN GENERAL INSURANCE COMPANY

3  ("Plaintiff") and Defendant ABC SUPPLY COMPANY, INC. ("Defendant") by and through

4  their respective attorneys of record hereby stipulate that this action be dismissed without

5  prejudice against said Defendant only. Each party is to bear their own attorney's fees and costs,

6  and waives any right to seek reimbursement of its own attorney's fees and costs from any other

7  party.

8

9  IT IS SO STIPULATED.

10

11  DATED:  April ___, 2006                    BURNHAM BROWN

12

13                                             By_____
                                                 MICHELLE M. MEYERS
14                                               Attorneys for Plaintiff
                                                 LINCOLN GENERAL INSURANCE
15                                               COMPANY

16

17  DATED:  April ___, 2006                    LAW OFFICES OF FLETCHER,
                                               WHITE & ADAIR
18

19

20                                             By_____
                                                 PAUL S. WHITE
21                                               Attorneys for Defendant
                                                 ABC SUPPLY COMPANY, INC.
22

23

24

25

26

27

28

2

**ORDER**

Pursuant to Stipulation by the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that a Judgment of Dismissal of the action without prejudice against Defendant ABC SUPPLY COMPANY, INC. be entered with each party to pay their own legal fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  May 2, 2006

_____
JUDGE OF THE UNITED STATES DISTRICT COURT
THE HONORABLE SAUNDRA B. ARMSTRONG

747267

3