UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br>        Plaintiff,<br>  vs.<br>ABC SUPPLY COMPANY, INC. ET AL,<br>        Defendant. | No. C05-04856 SBA<br><br>ORDER DISMISSING ACTION |

      The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

      IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 30 days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

      IT IS SO ORDERED.

DATED: 1/3/07

                                      _Saundra B Armstrong_
                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge